# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. **EDCV 10-634 RNB**            Date: **April 26, 2011**

Title: **Emma Romero v. Michael J. Astrue**

================================================================

## DOCKET ENTRY

================================================================

PRESENT:

         **HON. ROBERT N. BLOCK, UNITED STATES MAGISTRATE JUDGE**

| Joe Roper | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:
     None Present                                        None Present

## PROCEEDINGS:  (IN CHAMBERS)

### Stipulation for the Award and Payment of EAJA Fees

      In view of the Government's advisement that it is not asserting the limitations defense in this particular case, the Court has decided to approve the parties' Stipulation for an award of EAJA fees in the amount of $3,700.00 (subject to the terms and conditions of the Stipulation).
      IT IS SO ORDERED.